**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Richard A. Semon, Esq. (SBN 156510)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
Email: eaguilera@bmkalaw.com
         kmyron@bmkalaw.com

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRCT – FRESNO DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, <br><br>         Plaintiffs, <br><br>   vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and DOES 1 through 10, inclusive, <br><br>         Defendants, <br> _____ | ) **CASE NO.: 1:10-cv-01632 OWW-DLB** <br> ) Assigned for all purposes to <br> ) Hon. Oliver W. Wanger <br> ) <br> ) **ORDER RE STIPULATION TO** <br> ) **CONTINUE SCHEDULING** <br> ) **CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **DATE :**  March 2, 2011 <br> ) **TIME :**   8:15 a.m. <br> ) **DEPT.:**   7th Floor, Courtroom 3 <br> ) |

///

///

1
ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court has read and considered the parties' stipulation to continue the hearing date for the Scheduling Conference in this action, and finds that there are good grounds to continue the hearing date to a date that is no sooner than 45 days after the currently calendared hearing date of March 2, 2011.

Accordingly, the requested relief is hereby GRANTED, and the Court HEREBY ORDERS as follows:

1. The Scheduling Conference hearing date of March 2, 2011 is hereby vacated.
2. The Scheduling Conference in this action will take place on April 21, 2011 at 8:15a.m., in Courtroom 3 of this Court.

**IT IS SO ORDERED**.

Dated: March 1, 2011             /s/ OLIVER W. WANGER
                                 **United States District Judge**

PDF created with pdfFactory trial version www.pdffactory.com