1  **BOHM, MATSEN, KEGEL & AGUILERA, LLP**
2  A. Eric Aguilera, Esq. (SBN 192390)
   Kari M. Myron, Esq. (SBN 158592)
3  Richard A. Semon, Esq. (SBN 156510)
4  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
5  Telephone: (714) 384-6500
6  Facsimile: (714) 384-6501
   Email: eaguilera@bmkalaw.com
7          kmyron@bmkalaw.com
8          rsemon@bmkalaw.com

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRCT – FRESNO DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, | ) **CASE NO.: 1:10-cv-01632 OWW-DLB** <br> ) Assigned for all purposes to <br> ) Hon. Oliver W. Wanger <br> ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER RE STIPULATION TO** <br> ) **CONTINUE SCHEDULING** <br> ) **CONFERENCE** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and DOES 1 through 10, inclusive, | ) <br> ) <br> ) <br> ) |
| Defendants, | ) **DATE :**   April 21, 2011 <br> ) **TIME :**   8:15 a.m. <br> ) **DEPT.:**   7th Floor, Courtroom 3 |
| _____ | ) |

///

///

1
ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court has read and considered the parties' stipulation to continue the hearing date for the Scheduling Conference in this action, and finds that there are good grounds to continue the hearing date to a date that is no sooner than 30 days after the currently calendared hearing date of April 21, 2011.

Accordingly, the requested relief is hereby GRANTED, and the Court HEREBY ORDERS as follows:

1. The Scheduling Conference hearing date of April 21, 2011 is hereby vacated.
2. The Scheduling Conference in this action will take place on May 27, 2011 at 8:15a.m., in Courtroom 3 of this Court.

**IT IS SO ORDERED**.

Dated: April, 18, 2011          /s/ OLIVER W. WANGER
                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com