Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    dshanagher@luce.com

Attorneys for Plaintiff LANDMARK AMERICAN INSURANCE COMPANY

UNITED STATE DISTRICT COURT

EASTERN DISTRICT – FRESNO DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:10-CV-01632 OWW-DLB<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant though their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

DATED: June 10, 2011            LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                By:     /s/ Denis F. Shanagher
                                        Denis F. Shanagher
                                        Attorneys for Plaintiff
                                        Landmark American Insurance Company

1 DATED: June 16, 2011          BOHM, MATSEN, KEGEL & AGUILERA, LLP

2

3                                By:      /s/ Suzanne Reuben (for)
                                         A. Eric Aguilera,
4                                        Attorneys for Defendant TRAVELERS PROPERTY
                                         CASUALTY COMPANY OF AMERICA
5

6

7

8 IT IS SO ORDERED.

9    Dated:   **June 16, 2011**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Stipulation and Order for Request for Dismissal